IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

```
J & J SPORTS PRODUCTION, INC.,  *
                                *
     Plaintiff,                 *
                                *
vs.                             *   Civil Action 17-0190-WS-M
                                *
MICHAEL L. JOHNSON, et al.,     *
                                *
     Defendants.                *
```

ORDER

This action is before the Court on Plaintiff's Response to Order to Show Cause (Doc. 16) and Defendants' Response to Order to Show Cause (Doc. 17). The explanations have been considered and accepted.

DONE this 13th day of October, 2017.

                                            s/Bert W. Milling, Jr.
                                            UNITED STATES MAGISTRATE JUDGE