1  THOMAS P. RILEY, SBN 194706
   LAW OFFICES OF THOMAS P. RILEY, P.C.
2  First Library Square
   1114 Fremont Avenue
3  South Pasadena, CA 91030

4  Tel:  626-799-9797
   Fax: 626-799-9795
5  TPRLAW@att.net

6  Attorneys for Plaintiff
   J & J Sports Productions, Inc.
7
                    UNITED STATES DISTRICT COURT
8                   SOUTHERN DISTRICT OF ALABAMA
9                           SELMA DIVISION

10  *J & J SPORTS PRODUCTIONS, INC.,*          CASE NO. 2:17-cv-00190-WS-M

11              **Plaintiff,**                 NOTICE OF SETTLEMENT

12          vs.

13  *MICHAEL L. JOHNSON, et al.,*

14              **Defendants.**
15

16      **NOTICE IS HEREBY GIVEN** to this Honorable Court that the Plaintiff J & J Sports

17  Productions, Inc. and Defendants Michael L. Johnson and Selma Avenue Bar and Grill, LLC have

18  settled *all* claims amongst themselves relative to the above-entitled action in *their entirety,* and

19
20  Plaintiff respectfully requests this Court take judicial notice of same.

21      Settlement documents, including a Stipulation of Dismissal, are being prepared and will be

22  forwarded to defense counsel by Plaintiff's counsel, and Plaintiff's counsel anticipates the

23  Stipulation of Dismissal will be filed with the Court, *promptly.*

24  ///

25  ///

26  ///

27  ///

28

**WHEREFORE,** Plaintiff J & J Sports Productions, Inc. and Defendants Michael L. Johnson and Selma Avenue Bar and Grill, LLC respectfully request that all presently calendared deadlines and appearances, involving Plaintiff J & J Sports Productions, Inc. and Defendants Michael L. Johnson and Selma Avenue Bar and Grill, LLC now be vacated.

Respectfully submitted,

Date: April 25, 2018

**LAW OFFICES OF THOMAS P. RILEY, P.C.**
By: Thomas P. Riley, Esquire
Attorneys for Plaintiff
J & J Sports Productions, Inc.
First Library Square
1114 Fremont Ave.
South Pasadena, CA 91030
Tel:  626-799-9797
Fax:  626-799-9795
TPRLAW@att.net

///

///

///

///

///

///

///

///

///

///

**PROOF OF SERVICE (SERVICE BY FIRST CLASS MAIL)**

I declare that:

I am employed in the County of Los Angeles, California.  I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, CA 91030.  I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On April 25, 2018, I caused to serve the following documents entitled:

**NOTICE OF SETTLEMENT**

On all parties referenced by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was addressed to:

| | |
|---|---|
| Danny West Crenshaw, Esq.<br>1425 J.L. Chestnut, Jr. Boulevard<br>Selma, AL 36703 | (Attorneys for Defendants:<br>Michael L. Johnson and Selma<br>Avenue Bar and Grill, LLC) |

The fully sealed envelope with pre-paid postage was thereafter placed in our law firm's outbound mail receptacle in order that this particular piece of mail could be taken to the United States Post Office in South Pasadena, California later this day by myself (or by another administrative assistant duly employed by our law firm).

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on April 25, 2018, at South Pasadena, California.

Dated: April 25, 2018

*/s/ Janine Norris*
JANINE NORRIS

///

///

///

///